FILED & JUDGMENT ENTERED
Steven T. Salata

Jun 25 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Shelby Division

IN RE:

GARLAND GLEN SHELTON　　　　　　　　　　　　Chapter 13
SHANNON SISK SHELTON　　　　　　　　　　　　CASE NO:　10-40151

SSN#: XXX-XX-3159　　　　　　　　　　　　　　Related Court Docket Number: 39
SSN#: XXX-XX-5153

**ORDER**

ON 06/21/2013, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:
Motion to Dismiss/Convert/Modify

**AND, THIS COURT FINDS** that:

**IT IS, THEREFORE, ORDERED** that:

[ X ]　FEMALE DEBTOR DISMISSED. MATTER CONTINUED AS TO THE MALE DEBTOR TO 07/26/13. MALE DEBTOR TO MAKE PLAN PAYMENT OF $630.00 PRIOR TO THE CONTINUED HEARING DATE, OR CASE IS DISMISSED AS TO HIM.

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on June 24, 2013.

S. Tate
Office of the Chapter 13 Trustee

This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.

UNITED STATES BANKRUPTCY COURT

GARLAND GLEN SHELTON, SHANNON SISK SHELTON, 222 CHASE HIGH ROAD, FOREST CITY, NC  28043